**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In Re:  MATTHEW J ANDERSON  TRUSTEE'S FINAL ACCOUNT AND
REPORT CHAPTER 13 CASE

CASE NO. - 05-36136  DDO
Paid Out, Discharge

---

The undersigned hereby submits their Final Accounting and Report as Standing Trustee in the above titled case.

### RECEIPTS

| | | |
|---|---|---|
| 1. | Total Payments received from debtor | $16,416.00 |
| 2. | Refunds from creditors | $0.00 |
| 3. | Less overpayment refunded to debtor | $0.00 |
| 4. | Total net funds paid by debtor, plus refunds from creditor | $16,416.00 |

### DISBURSEMENTS

| | | |
|---|---|---|
| 5. | Funds Delivered to Chapter 7 Trustee | $0.00 |
| 6. | Total dividends paid to creditors under debtors plan | $14,233.74 |
| 7. | Trustee's percentage fee computed on Items 6,8,9 | $932.26 |
| 8. | Debtor's Attorney fee allowed and paid | $1,250.00 |
| 9. | Debtor's Attorney expense allowed and paid | $0.00 |
| 10. | Charges Due Clerk Of U.S. Bankruptcy Court | $0.00 |
| 11. | Total Disbursements Made | $16,416.00 |

REMARKS:

At Minneapolis, Minnesota

/e/ Jasmine Z. Keller                                  Date: 12/16/2008
Jasmine Z. Keller, Trustee

---

Total Dividends Paid to Creditors
Secured (S), Priority (P), Unsecured (U)

| Claim | Type | Name of Claimant | Amount Paid |
|---|---|---|---|
|  | U | IMMANUAL ST JOSEPHS | $0.00 |
|  | U | SPRINT | $0.00 |
| 1 | U | Wells Fargo Bank MN | $2,111.84 |
| 10 | U | HEALTHSPAN SERVICES | $1,290.79 |
| 11 | U | ASPEN MEDICAL GROUP | $94.03 |
| 2 | U | YOST & BAILL LLP/ CRAIG DOKKEN | $3,598.23 |
| 3 | U | TIME WARNER CABLE | $15.65 |
| 4 | U | Aspen Medical Group | $0.00 |
| 5 | U | WELLS FARGO BANK | $56.99 |
| 6 | U | B-LINE, LLC | $0.00 |
| 617 | U | ROUNDUP FUNDING, LLC | $3,635.73 |
| 7 | P | Dept of the Treasury-Internal Rev Svc | $3,352.16 |
| 8 | U | SPRINGER COLLECTIONS | $78.32 |
| 9 | S | SLM EDUCATION CREDIT FINANCE | $0.00 |

At Minneapolis, Minnesota                    Subtotal Dividends paid     14,233.74
                                             Total Dividends paid        $14,233.74

/e/ Jasmine Z. Keller                        Date: 12/16/2008
Jasmine Z. Keller, Trustee